OPINION — AG — ** LOYALTY OATH — OVERBREADTH — UNCONSTITUTIONAL ** THE OKLAHOMA LOYALTY OATH, 51 O.S. 36.2 [51-36.2] IS UNCONSTITUTIONAL. (EMPLOYMENT, SCHOOLS, UNIVERSITIES, PROFESSORS, INSTRUCTORS, TEACHING) CITE: 51 O.S. 36.2 [51-36.2], ARTICLE X, SECTION 15 (REFUSED TO TAKE LOYALTY OATH — STATE CANNOT PAY COMPENSATION) (BRIAN H. UPP) ** SEE: OPINION NO. 68-167 (1968) ** ** SEE: OPINION NO. 68-199 (1968) **